UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JASON MCNALLY,

    Plaintiff,

v.

MATT POBLOSKE, SCOTT BIAGGI,
AUV LLC, and GST HOLDINGS LLC,

    Defendants.

Case No. 20-781

Hon. Janet T. Neff

| Mark S. Wilkinson (P68765) | Catherine Brainerd (P70202) |
|---|---|
| PALADIN EMPLOYMENT LAW PLLC | RHOADES MCKEE PC |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| 251 North Rose Street | 55 Campau Ave. NW, Ste. 300 |
| Suite 200, PMB № 288 | Grand Rapids, MI 49503 |
| Kalamazoo, MI 49007-3860 | (tel.) 616.233.5199 |
| (tel.) 269.978.2474 | cabrainerd@rhoadesmckee.com |
| mark@paladinemploymentlaw.com | |

## NOTICE OF VOLUNTARY DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jason McNally voluntarily dismisses this case with prejudice and without costs or attorney's fees to any party.

    JASON MCNALLY

Dated: December 3, 2020    By:   /s/ Mark S. Wilkinson

    Mark S. Wilkinson (P68765)
    *Attorney for Plaintiff*
    PALADIN EMPLOYMENT LAW PLLC
    251 North Rose Street
    Suite 200, PMB № 288
    Kalamazoo, MI 49007-3860
    (tel.) 269.978.2474
    mark@paladinemploymentlaw.com